UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Harold Jean-Baptiste<br>253-37 148 Drive<br>Rosedale NY 11422<br><br>**Plaintiff**<br><br>V.<br>United State Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, D.C. 20530-0001<br><br>Merrick B. Garland<br>Attorney General of the United States,<br>Head of the United State Department of Justice;<br>Named in his official capacity<br><br>V.<br>Federal Bureau of Investigations<br>935 Pennsylvania Avenue, NW<br>Washington, D.C. 20535-0001<br><br>Christopher Wray,<br>Director of the Federal Bureau of Investigations;<br>Name in his official capacity;<br><br>V.<br>CITY OF NEW YORK,<br>Mayor Eric Adams,<br>Police Commissioner Keechant L. Sewell,<br>Name in his official capacity;<br><br>City of New York,<br>Attn: Corporation Counsel,<br>100 Church St., 5 FL.,<br>New York, NY 10007<br><br>V.<br>Damian Williams<br>United State Attorney<br>Southern District of New York<br>One St. Andrews Plaza<br>New York, NY 10007<br>Name in his official capacity;<br><br>**Defendants** | **Case:** 22-CV-07811-VSB (VF)<br><br>Amended Complaint |

1

## COMPLAINT FOR VIOLATION

## FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE § 1986, NEW YORK PENAL LAW 170.70, NEW YORK PENAL LAW 170.71 18 U.S. CODE § 241, 18 U.S. CODE § 511 LACK CARE OF DUTY, SECOND AMENDMENT, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL AND HUMAN RIGHTS VIOLATIONS.

## NATURE OF ACTION

The plaintiff brings this action under FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE § 1986, NEW YORK PENAL LAW 170.70, NEW YORK PENAL LAW 170.71 18 U.S. CODE § 241, 18 U.S. CODE § 511, LACK CARE OF DUTY, SECOND AMENDMENT, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL AND HUMAN RIGHTS VIOLATIONS. The plaintiff brings this action individually and on behalf of himself on Federal Bureau of Investigations (FBI) and United State Department of Justice (DOJ) and New York City Police Department (NYPD) who has been discriminate against plaintiff violation of Constitutional Rights, Federal Laws, Cruel, Human Rights and inhuman treatment. Plaintiff suffered discrimination and harassment in whole by the FBI to since September 17, 2021 singled out for adverse treatment by FBI done under "National Security Letters" (NSL) use to shield their violation of Federal Laws. The plaintiff has owned this vehicle for 10 years and clean and inspected this vehicle in multiple states the plaintiff had a driver license in (NY, OH, FL), hired Montway LLC and Direct Motor Lines, Inc to transport the vehicle from North Miami Beach Florida to Rosedale Queens. The plaintiff was in Miami Florida and August 16, 2022 and inspected and drove the vehicle, along with three other witnesses that the vehicle did not have a tampered Vin plate badly welded on the vehicle left leg. The FBI monitored the plaintiff's calls and laptop to see the vehicle transportation transaction, and setup the plaintiff for arrest. The defendant's willfully, negligently and lack of care of duty and collusion to alter the

2

plaintiff's vehicle purposely to put the plaintiff in position to violate New Penal Law, Federal Law, knowingly altering the plaintiff's vehicle with the illegal tampered plate baldly spot-welded Vehicle Identification Number (VIN) (Tampered VIN: # JB11B 51566B) on the plaintiff's vehicle. The defendants pick up the vehicle at 700 NE 161 Street North Miami Beach, Florida for transportation to 253-37 148 Drive Rosedale New York.  The vehicle was tampered with after the pickup and before the time of delivery and NYPD was aware of the illegal tempered VIN plate on the vehicle by the FBI Special Agent in charge and NYPD was around the corner waiting for the plaintiff to drive the vehicle to arrest the plaintiff.  The original Vehicle Identification Number (VIN) (#SALTP194X4A841904) which is located on the door and dash of the vehicle as stated by Federal Law.  In addition, the FBI and NYPD conspired to prevent the plaintiff from having handgun license in the State of New York, to put the plaintiff in position potential harm. The actions of the defendant's negligence and purposely altered the plaintiff's vehicle to setup the plaintiff for arrest, and treated the plaintiff in a cruel and inhuman manner, their action was intended to oppress, violate the plaintiff's Civil Rights and compromise the freedom of the plaintiff to propel the plaintiff to violate New York Penal Law and Federal Law purposely, willfully and negligently. Plaintiff was taking advantage of and suffered adverse cruel, inhuman treatment by DOJ, FBI and NYPD.

## JURISDICTION AND VENUE

1. Jurisdiction is proper in this court in that the District Courts have original jurisdiction under 28 U.S.C. § 1331 and 1343 and 42 U.S.C. § 2000e-5(f)(3), because they arise under the laws of the United States and are brought to recover damages for deprivation of Civil Rights, Constitutional Rights, and violation Federal Criminal U.S Codes.

2. Venue is proper in this judicial district under 28 U.S.C. § 1391(b)-(c) and 42 U.S.C. § 2000e-5(f)(3), that the defendant's headquarters, or office is located in this district, the personnel records relevant to this case are in this district and the personnel practices challenges herein were directed or supervised by defendants in this district.

3. Plaintiff have exhausted their administrative remedies prior to bringing this suit.

Request of FBI, DOJ and Department of Homeland Security (DHS) file under Freedom of Information Act (FOIA) files pertaining on this complaint on the plaintiff on 3/2/20, it has not been issued, more information was requested; second request has been formally requested asking for FOIA Public Liaison (FPL) for assistance for the plaintiff on the specific files on 3/28/20. Office of Government Information Services (OGIS) offered no further assistance and issued the request close on April 15, 2020. All attempt and appeal were exhausted to obtain the FOIA files. A prior lawsuit was file with the US Court District of Columbia Civil Division (CASE #20-CV-02178) request relief and the plaintiff dismiss the case without prejudice believing the discrimination would of stop. Judge McFadden had issued a vacate order to stop any other branch of government order, or Executive Order or stop any investigative actions against the plaintiff under the Trump Administration, but that order has been ignored. A second lawsuit was file which is in Superior District of Columbia (CASE # 2021 CAB 000377) which the defendants did not appear, and appeal to DC Appeal Court (CASE # 21-CV-0242) and the case in the Supreme Court #21-1175. The plaintiff previous file a third lawsuit alleging more serious violation of law case # 21-CV-2221 and Judge McFadden order me to include Channing D. Phillips Attorney for the District of Columbia complaint served and signed for (EJ63 9079 935 US). The plaintiff complied to Judge McFadden order and the plaintiff sent the clerk the Affidavit of Service 2021-11-29 18:29 via email dcdml_intake@dcd.uscourts.gov and it was received and not posted on Pacer for the Judge McFadden. Plaintiff noticed the grave error and did not call the clerk to ensure it was posted because the plaintiff intention was to get an injunction and Kenneth Adebonojo of the DOJ email me for an extension 2021-12-27 15:47 via email Ken*******@usdoj.gov that convey the plaintiff request in writing the FBI will stop trying to destroy the plaintiff's life. He stated, "I hope this meets you and yours well. I need to request an enlargement for thirty (30) days to confer with FBI Agency Counsel I will try to convey your concerns. May I represent that I have your consent to an enlargement?" and the plaintiff agreed to the extension. The case was dismissed without prejudice because of the clerk's error to not post the Affidavit of Service sent on 11-29-21 on Pacer. The plaintiff chose not to pursue the case deliberately. This new lawsuit is for new allegations against the defendants for retaliation of the past last lawsuit and to setup the plaintiff for arrest and continue

violation of the plaintiff's Civil Rights and because the plaintiff filed a many "Color of Law' complaints. One complaint the Department of Justice (DOJ) is investigating Civil Rights Division Report (#161914-BHF from Criminal Section). The Department of Justice sent the plaintiff confirmation of one investigation on 9/1/22 via email.

4. Defendants Federal Bureau of Investigations (FBI) and United State Department of Justice (DOJ) and New York Police Department is sued herein in his official capacity.

5. Plaintiff Harold Jean-Baptiste, Black Male, is a resident of the state of New York. He has been targeted and harass by the FBI to violate Civil Rights, Human Rights Violations, Federal Laws, and Constitutional Rights August 1, 2020.

## FACTUAL BACKGROUND ON HARRASMENT, VIOLATIONS OF FEDERAL LAWS AND DISCRIMINATION

6. On August 17, 2022
    a. The plaintiff went on Montway.com to transport the plaintiff's vehicle a Silver 2004 Land Rover Discovery 4.6L from 700 NE 161 Street, North Miami Beach Florida to 253-37 148 Drive Rosedale, New York. The transaction payment was process over the phone and schedule for pickup was for Saturday 8/20/22 at 700 NE 161 Street, North Miami Beach, Florida. Receipt of the transaction was sent by Montway LLC via email on 8/17/22 at 5:28 PM. The plaintiff loves this vehicle and has owned the vehicle for 10 years has inspected the vehicle every inch no less than 300 times, since plaintiff is constantly fixing the 2004 old Land Rover, which constantly needs maintenance, and pass state inspection with the vehicle in multiple states (NY, OH, FL) and the vehicle never had a tampered VIN number plate. On 8/18/2022 the vehicle was checked by the plaintiff's mechanic Jay who also review the vehicle to be fit to drive and did not notice the tampered VIN plate and acknowledge that with the Jay via text messages on 8/23/22. The vehicle was pick up early than stated by Montway LLC on Friday 8/19/22 earlier than the schedule date of 8/20/22, no notification was provided for early pickup, very strange, the dispatch said they would contact the plaintiff at the time of pickup of the vehicle, to provide the key. The plaintiff's cousin Fritzna Amazan who lived at 700 NE 161 Street,

5

North Miami Beach, Florida, gave the key to the driver of Direct Motor Lines, Inc for transportation. The FBI monitored the plaintiff's email and phone calls to see the transaction and tampered the vehicle to setup the plaintiff for arrest because of multiple 'Color of Law', complaints sent to the DOJ, this was a retaliation attempt to destroy the plaintiff life or worse. The vehicle was taken some place to badly spot weld the illegal VIN plate number and ship the vehicle to plaintiff for arrest.

7. August 23, 2022 at 2:15
   a. The dispatch driver of Direct Motor Lines transport called the plaintiff to pick his vehicle 6 blocks away on Brookville Blvd and 144th Ave, which was very strange. The plaintiff inspected the vehicle at Brookville Blvd and 147 Ave in Rosedale New York and noticed the vehicle was tampered with an alternative VIN number plate, that was badly spot welded and badly painted to not be very noticeable on the vehicle, and paint flick to seem old. A tampered Vehicle Identification Number (VIN), (Tampered VIN: # JB11B51566B), or according Federal Law and New York State Law the vehicle condition was not fit for driving or possess. Possession of tampered VIN vehicle in New York State is a crime and altered VIN number is also a New York State and Federal Law violation. The vehicle has a hidden active GPS system in the vehicle, which can locate everywhere the vehicle travelled and the location of garage the vehicle was brought to badly spot weld the 2-inch illegal VIN plate on the left leg of the vehicle. The plaintiff's brother Vilner Eugene was a witness to this event and plaintiff recorded the whole experience on video. The plaintiff called 911 to document the vehicle VIN plate that was tampered with, the police officers refuse to file a police report because they knew of the plot, the police officers stated it was a civil matter. Record of the call and details of the police officers has been requested from NYPD under FOIL, on 8/30/22, four officers responded to the 911 call and witnesses of the incident, never refuted the tampered VIN was not illegal. On 9/7/22 NYPD responded to the request for 911 call FOIL assigned the request to officer Dennis (# FOIL-2022-05616149), stated in 90 day the request will be process. The police officers conspire and were aware of the plot to setup the plaintiff for arrest by the FBI Special Agent

and was parked around the corner waiting for the plaintiff to drive the vehicle and responded to the 911 call in less than a minute. The allegation was a strategic plan and executed purposely and deliberately by the psychopath FBI Special Agent and collusion of NYPD with the intention to setup the plaintiff for arrest, the driver, Montway LLC employees, Direct Motor Lines LLC employee and the four police officers under oath can collaborate this allegation and identity the FBI Special Agent. The Special Agent supervising this illegal incident was driving a black very dark tinted windows in a black Ford Taurus with Federal plates made a U-turn at the scene and the plaintiff and his brother Vilner Eugene also noticed the vehicle, the vehicle U-turn is on video.

The plaintiff inspected the car and realized the vehicle as a tampered Vehicle Identification Number under the hood on the driver side or left front leg of the car and right-side leg had no tampered VIN plate number. The plaintiff's emailed Montway LLC at claims@montway.com for the $17k value investment in the vehicle the plaintiff spent in the car. The driver (refuse to provide his full name, because he knew of the plot and can identify the FBI Special Agent in charge who craft this plan) of the delivery truck by Direct Motor Lines (US DOT #2795768, MC #933194, VIN #KN899150) trailer the vehicle Illinois plate number # 839 899ST and informed the diver of Direct Motor Lines the plaintiff would not accept the vehicle because it's illegal to have possession of tampered VIN vehicle in New York State that has two different VIN numbers violation of New York Penal Law 170.65, 170.70, 170.71. The plaintiff recorded the driver trying to take out the motion camera in the vehicle because he was afraid the camera recorded the illegal action taking on the vehicle. The driver and the police officers were aware of the plot and can identify the FBI Special Agent in charge who crafted this scheme to arrest the plaintiff on vehicle VIN tempering and was instructed on what to do. The FBI has made many attempts in the past to setup the plaintiff for arrest, and harm and use NYPD to execute this Civil Rights violations, which is documented in the past lawsuits. The FBI Special Agent must have extremely serious hate in his or her heart or just a psychopath who find joy in hurting/harming/destroying other people life to plan this illegal operation, this would have been some form of joy

for the FBI Special Agent to destroy the plaintiff's life, such a miserable way to find joy. Since the plaintiff doesn't violate the law the wonderful idea of this FBI Special Agent in charge psychopathic rage to orchestrated this plan to give the plaintiff a gift of crime to destroy the plaintiff's life. Unfortunately, the plaintiff can't allow that, hence this lawsuit. The whole incident is on video for the U.S District Court to review.

9. September 7, 2022
    a. The plaintiff re-applied with the New York City Police Department License Division for application (#CB2021013251) for Carry Business Handgun License. The plaintiff first submitted all the necessary required documents for approval and provide the reason for the Gun License on August 27, 2021. The plaintiff call (646-610-5560) New York City Police Department License Appeal Unit and spoke with April Cohen about the urgent need for the gun permit. The plaintiff stated that two potential kidnapping attempts occurred in a matter of few weeks and stated the plaintiff sued the FBI for malice actions and wanted a license for business and personal protection. The plaintiff followed April Cohen of New York City Police Department License Appeal Unit to file 911 complaint and share the lawsuit in U.S. District Court for the District of Columbia for fast approval.

    b. September 17, 2021
    The plaintiff called and left April Cohen of New York City Police Department License Appeal Unit messages for 20 days to check the status of the application and the plaintiff's life was at risk because of past kidnap experience. Despite all the evidence submitted and the federal case in U.S. Court for the District of Columbia no response to the plaintiff messages and urgent need for handgun license.

    c. November 2, 2021 at 11:08 am

The plaintiff stated to Officer Richard DeRiggs via email according to Section 400.00 (4) the finger prints was mailed to his office as to comply to Section 400.00 (4) as it states clearly, *"Two copies of such fingerprints shall be taken on standard fingerprint cards eight inches square, and one copy may be taken on a card supplied for that purpose by the federal bureau of investigation; provided, however, that in the case of a corporate applicant that has already been issued a dealer in firearms license and seeks to operate a firearm dealership at a second or subsequent location, the original fingerprints on file may be used to ascertain any criminal record in the second or subsequent application unless any of the corporate officers have changed since the prior application, in which case the new corporate officer shall comply with procedures governing an initial application for such license finger prints will used for background check"*. The plaintiff emailed Office Richard DeRiggs on 11/2/2021 at 11:08am: "I'm pretty sure the office of your headquarter know that my life is risk base on the U.S Court for District of Columbia Federal complaint and so sorry to say this but unfortunately NYPD can't be trust to protect my life or would not stop any illegal actions against me by the defendants. The finger prints have been mailed to your office and please see the attachment to confirmed delivery. Please let me know if you will issue the license or any other documents you need to finalize the process". All necessary requirements have been completed by the plaintiff for the handgun license for approval.

The FBI Special Agent in Charge monitored the plaintiff calls and emails and instructed NYPD to not to process my gun license to prevent the plaintiff from personal protection. Officers Richard DeRiggs and Mark Bernard purposely and willfully ignore Section 400.00(4) requirement for finger print cards and denied the application of the gun permit as instructed by the FBI Special Agent in Charge. Officers Richard DeRiggs and Mark Bernard refuse to process the application despite Section 400.00(4) state clearly finger print cards are required for background check and was sent again to the Officers Richard DeRiggs and Mark Bernard in the gun license division on 9/1/2022 certified mail (tracking # 7022 0410 0001 1127 6305) actions was deliberate and willfully wanted to deny the plaintiff 2nd Amendment right to bear arms and violation of Section 400.00

9

(4), instructed by the FBI Special Agent, as result the plaintiff almost suffered attempt in his life by the FBI on Video on June 23, 2022 which a lawsuit was filed against the FBI which the plaintiff deliberately did not want to continue the case in Federal Court Case # 22-CV-01861 (TSC), a "Color of Law" complaint was file with the DOJ on July 1, 2022 certified mail (tracking #7018 0680 0002 0634 0984). The police officers under oath can collaborate this allegation.

10. All these examples monovalent, cruel actions that are 100% factual by the FBI to harm the plaintiff's life. The witnesses will illustrate substance for the all the relating allegations by the FBI and NYPD. The strategy is to punish the plaintiff with their illegal actions or egregious actions to hurt the plaintiff's life for suing the FBI for attempts to destroy the plaintiff's life, in which the FBI did not appear before the U.S District Court.

## THE UNLAWFUL PRACTICES

11. The NYPD and collusion with the FBI unfairly target the plaintiff base on his race, color, national origin, or malicious intentions. The FBI slander and destroyed the character of the plaintiff and using "National Security Letters" (NSL) to cover their actions, treated unfairly and discriminated base on national origin, race and color, a direct violation under FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE § 1986, NEW YORK PENAL LAW 170.70, NEW YORK PENAL LAW 170.71 18 U.S. CODE § 241, 18 U.S. CODE § 511, LACK CARE OF DUTY, SECOND AMENDMENT, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL AND HUMAN RIGHTS VIOLATIONS. FBI conspire this incident to punishment the plaintiff for past lawsuit and many 'Color of Law' complaints filed with DOJ against the FBI, which DOJ is investigating. The plaintiff would like a jury trial for a full fact-finding Judicial Review of this case before the U.S District Court.

## THE PLAINTIFF'S BACKGROUND

12. Plaintiff Harold Jean-Baptiste graduated cum laude from Long Island University with bachelor's in Information System and magna cum laude from Long Island University with an MBA in Finance and University of Baltimore Law Student. Plaintiff has no criminal history, or any history of any investigations of any crime. The plaintiff's background is clean and has no reason to be discriminated against by the FBI or DOJ. The Justice Department and the Federal Bureau Investigations under false pretense and flagged plaintiff for an investigation under National Security Branch Division of the FBI and used "National Security Letters" (NSL) classification as a tool used to be "invisible" in conspire to slander, harass, discriminate, and destroyed the character of the plaintiff. Plaintiff has not been "alleged or suspected violation of any federal laws" or "no criminal history", "never been arrested", "investigate for anything criminal" or "ever attempted to carry out any crimes" or "threats to the national security" or "violate any foreign intelligence laws" under Department of Justice Manual section Title IV, 9-90-010, 9-90-020 9-90-050, 9-90-100, 9-90-200, 9-90-210, 9-90-230, 9-90-240, 9-90-300, 9-90-400, 9-90-440, 9-90-500, 9-90-550, 9-90-600, 9-90-610, 9-90-620, 9-90-625, 9-90-630, 9-90-640, 9-90-700, 9-90-710, 9-90-720 and 9-90-730.

*The Department of Justice has no probable cause for any FBI Investigation or malice order on the plaintiff especially under National Security Division Branch, investigation in this manner shows premediated intention to persecute and malice intent against the plaintiff.* Most egregiously the plaintiff never attempted or violated any of the these statutes to be flagged under "National Security" based on criminal provisions affecting 2 U.S.C. § 192 (Contempt of Congress Related to National Security), 8 U.S.C. § 1185(b) (Travel Control of Citizens), 18 U.S.C. § 219 et seq. (Officers and Employees of the United States Acting as Foreign Agents), 18 U.S.C. § 791 et seq. (Espionage; Unauthorized Disclosure of Classified Information), 18 U.S.C. § 951 et seq. (Neutrality Laws), 18 U.S.C. § 1030(a)(1) (Computer Espionage), 18 U.S.C. § 1542 et seq. (Passport Violations Related to National Security), 18 U.S.C. § 1924 (Unauthorized Removal and Retention of Classified Documents or Material), 18 U.S.C. § 1831 (Economic Espionage), 18 U.S.C. § 2151 et seq. (Sabotage), 18 U.S.C. § 2381 et seq.

11

(Treason, Sedition and Subversive Activities), 22 U.S.C. § 611 et seq. (Foreign Agents Registration), 22 U.S.C. § 2778 (Arms Export Control Act), 42 U.S.C. § 2274 to 2278, 2284, and other Atomic Energy Violations that Affect National Security (Atomic Energy Act), 50 U.S.C. § 3121 (Intelligence Identities Protection Act), 50 U.S.C. § 782 et seq. (Communication of Classified Information by Government Officer or Employee), 50 U.S.C. § 851 et seq. (Registration of Person Who Has Knowledge concerning Espionage Activities), 50 U.S.C. § 1701 et seq. (International Emergency Economic Powers Act), 50 U.S.C. § 2401 et seq. (Export Control Reform Act), 50 U.S.C. App. § 5(b) (Trading With the Enemy Act).

## VIOLATION OF LAWS

13. The FBI violated Federal Department of Transportation Laws, tampering the plaintiff's vehicle to setup the plaintiff to violate NEW YORK PENAL LAW 170.65, NEW YORK PENAL LAW 170.70, NEW YORK PENAL LAW 170.71.

14. The FBI and City of New York and New York City Police Department violated ARTICLE 400 Licensing and Other Provisions Relating to Firearms for the plaintiff right under the Second Amendment to bear arms freely, it violates the Constitutional 2nd Amendment rights to keep and bear arms freely.

15. The FBI violated Counterfeiting and Forgery to a vehicle and Counterfeiting and Forgery vehicle VIN to take advantage of plaintiff violate 18 U.S. Code § 511.

16. The FBI and NYPD willfully and negligently conspire to interfere with civil rights, deprivation rights, privileges, or protected by the Constitution or Laws of the United States Also no one shall be subjected to cruel, or degrading treatment, direct violation of 42 U.S. Code.1983, 42 U.S. Code § 1985(3) and Ninth Amendment.

17. The FBI and NYPD conspire deprivation rights under 'Color of Law', privileges, or protected by the Constitution or Laws of the United States, direct violation of 18 U.S. Code § 242.

18. The FBI and NYPD willfully and negligently, conspire to violate Human Rights, Inhuman, Civil Rights, Deprivation of Rights, Privileges, or protected by the Constitution or Laws of the United States, Lack of Care of Duty to deprive the rights and dignity of the plaintiff.

19. The FBI and NYPD willfully and negligently conspire to oppress, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of 18 U.S. Code § 241.

20. The FBI and NYPD neglect to prevent illegal activity or deprivation rights, privileges, or protected by Federal Laws of the United States, direct violation of 42 U.S. Code § 1986.

21. The FBI willfully and negligently violated FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA) by monitoring plaintiff's computer to find any reasons to interfere with civil rights, deprivation rights, privileges, or protected by the Constitution or Laws of the United States, direct violation of the FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA).

22. The FBI willfully and negligently violated FOURTH AMENDMENT RIGHTS TO PRIVACY by monitoring plaintiff's cell phone calls to setup the plaintiff for arrest and to interfere with privacy and privileges, or protected by the Constitution or Laws of the United States, direct violation of the FOURTH AMENDMENT RIGHTS TO PRIVACY.

23. Plaintiff have experienced severe and pervasive unfair treatment base race, color, national origin, harassment, and retaliation beyond that which a reasonable person would tolerate. WHEREFORE, Plaintiff request that the court to execute a full fact-finding review, since September 17, 2021 of adverse action to the plaintiff subjected to race, national origin, color discrimination and suffered severe emotional distress from the NYPD, FBI, DOJ, and Human Rights violation. The FBI "invisible tool" used as "National Security Letter" (NSL), with their authority and resources it is not

implausible that they would continue their behavior to do harm to the plaintiff and prevent the plaintiff from continuing ligations. The NYPD, FBI and DOJ are liable for the actions against the plaintiff by violating Constitutional Laws and Federal Statutes. The plaintiff file suit for protection from the U.S District Court, to prevent and stop any current actions that will violate Federal Laws and deprivation rights, privileges by Civil Rights.

**PRAYER FOR RELIEF**

Plaintiff request relief as follows:
a. Please issue a Declaratory Judgment against FBI and DOJ practices that violated FOURTH AMENDMENT ELECTRONIC COMUNICATION PRIVACY ACT of 1986 (ECPA), 42 U.S. CODE.1983, 42 U.S. CODE.1985(3), 18 U.S. CODE § 241, 18 U.S. CODE § 242, 42 U.S. CODE § 1986, NEW YORK PENAL LAW 170.70, NEW YORK PENAL LAW 170.71 18 U.S. CODE § 241, 18 U.S. CODE § 511, LACK CARE OF DUTY, SECOND AMENDMENT, FOURTH AMENDMENT, NINTH AMENDMENT, CRUEL AND HUMAN RIGHTS VIOLATIONS.

b. Please issue Declaratory Judgement for the FBI to issue a "Dismissal of Complaint" by the FBI and Department of Justice, FBI Criminal Cyber Response Service Branch, Intelligence Branch, Science and Technology Branch, Information Technology Branch, FBI National Security Branch, and other covert branch to hide any investigations against the plaintiff and to stop all improper investigation and electronic surveillance against the plaintiff.

c. Please issue an order for Injunction and Vacate any Order by the FBI for any investigation or order violate the plaintiff's Civil Rights.

d. Please issue an order the City of New York and New York City Police Department approve the handgun license in which application and all proper documents are completed and summitted and has been sent to the handgun license division by mail for approval.

14

e.  Please award punitive damages $15,000,000 for discrimination and malevolent actions to destroy plaintiff's life according to proof disclose to the Court. The plaintiff stating to the court life and freedom is priceless, living to help his 73-year-old mother is priceless, and raising children is priceless, therefore all the fortune of the world is not worth the plaintiff's freedom.

f.  Please award damages for emotional distress for the plaintiff based on the fact the plaintiff was subjected to cruel behavior by the FBI and NYPD.

g.  Award any Attorneys' fees according to proof.

h.  Provide such other relief as may be deemed just and Prop.

Respectfully Submitted

*Harold Jean-Baptiste* (signature)

_____

Harold Jean-Baptiste
253-37 148 Drive
Rosedale NY 11422

hbaptiste@influctec.com
786-657-8158 Cell

Harold Jean-Baptiste
253-37 148 Drive
Rosedale NY 11422



Pro Se
EN





United State District Court
Southern District of New York
Office of the Clerk
500 Pearl Street
New York NY 10007