```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
HAROLD JEAN-BAPTISTE,                                       :
                                                            :
                        Plaintiff,                          :
                                                            :            22-CV-7811 (VSB)
            -against-                                       :
                                                            :                 ORDER
UNITED STATES DEPARTMENT OF                                 :
JUSTICE, et al.,                                            :
                                                            :
                        Defendants.                         :
                                                            :
                                                            :
------------------------------------------------------------ X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of pro se Plaintiff's motion for a preliminary injunction to compel issuance of a concealed carry license. (Doc. 26.) It is hereby

ORDERED that Defendants file any opposition on or before December 12, 2022. Plaintiff shall file any reply on or before December 26, 2022.

The Clerk of Court is respectfully directed to mail a copy of this order to pro se Plaintiff.

SO ORDERED.

Dated: November 14, 2022
       New York, New York

*Vernon Broderick* (signature)

Vernon S. Broderick
United States District Judge