**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
HAROLD JEAN-BAPTISTE,

                Plaintiff,

-against-                                                22 CIVIL 7811 (VSB)

                                                                    **JUDGMENT**

UNITED STATES DEPARTMENT OF
JUSTICE ET AL.,

                Defendants.
-----------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion & Order dated March 27, 2023, Plaintiff's motions for preliminary injunctions are DENIED, City Defendants' motion to dismiss is GRANTED, and Plaintiff's motions for default judgment and injunctive relief are DENIED. Further, the Court has sua sponte DISMISSED all claims against the Federal Defendants. Dismissal of all of Plaintiff's claims, except those under the Second Amendment, is WITH PREJUDICE. Dismissal of Plaintiff's Second Amendment claims is WITHOUT PREJUDICE; accordingly, the case is closed.

**Dated:**  New York, New York

       March 27, 2023

                                                                       **RUBY J. KRAJICK**

                                                                     _____
                                                                       **Clerk of Court**

                                    **BY:**           *K. Mango*

                                                                       _____
                                                                       **Deputy Clerk**